UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| ALI M. GILBERTSON,<br><br>      Plaintiff,<br><br> vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>      Defendant. | CIV. 12-4176-KES<br><br>ORDER GRANTING MOTION FOR ATTORNEY'S FEES |

  Plaintiff's attorney, Steven R. Pfeiffer, moves the court pursuant to 42 U.S.C. § 406(b) for authorization of attorney fees for federal court representation in this case. The Commissioner does not object to the request.

  Fees under 42 U.S.C. § 406(b) are paid from the claimant's benefits. The fees should be reasonable and not in excess of 25 percent of the total past-due benefit to which the claimant is entitled by reason of the judgment. 42 U.S.C. § 406(b)(1). The court should review the fee arrangement between the lawyer and client to assure that the agreement yields a reasonable result. *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002). As long as the fee is reasonable, courts should use attorney-client contingency fee agreements to determine the fees to be awarded. *See id.* at 808.

  In this action, Pfeiffer represented plaintiff, Ali M. Gilbertson, for over two years. The claim involved both physical and mental impairments. Following a civil action that was pending before this court, Gilbertson was awarded $99,320

in past-due benefits. The written contingency fee agreement provides for a 25 percent contingent fee. Pfeiffer spent 53.4 hours on the federal action.

Pfeiffer is requesting a 25 percent fee in the amount of $24,830 less the $6,000 paid at the administrative level for a total federal fee of $18,830. The court finds Pfeiffer's fee request to be reasonable under the facts of this case.

Pfeiffer acknowledges that this fee ($18,830) should then be reduced by the EAJA fee previously paid in this matter of $9,314.70, pursuant to *Gisbrecht*, 535 U.S. at 796. With this credit, the net additional fee owed by Gilbertson to Pfeiffer is $9,515.30. Therefore, it is

ORDERED that Pfeiffer's motions (Dockets 29 and 30) for award of attorney fees pursuant to 42 U.S.C. § 406(b) in the net amount of $9,515.30 is granted.

Dated January 6, 2015.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE